UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 1:CR-01-322 |
| Susan Kurtz : | |

**FILED**
HARRISBURG, PA

MAR 15 2005

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

## AGREEMENT REGARDING UNPAID RESTITUTION

The following agreement is entered into by,

**Susan Kurtz**

defendant in the above-captioned case, in recognition of her obligation to the victim to whom restitution is owed based upon the offense charged at the above-captioned number and the judgment and commitment entered by the District Court in the above-captioned case. In recognition of these obligations, and fully intending to be legally bound, the defendant acknowledges and agrees as follows:

1. On April 19, 2002, the defendant was sentenced based on her conviction at the above-captioned criminal number and directed by United States District Judge Yvette Kane, as a condition of probation, to make total restitution in the amount of $23,615.00, in monthly installments of no less than $200.00, during a period of probation of three years which began on April 19, 2002.

2. The defendant acknowledges that she has failed to comply with the restitutionary portion of the Court's sentence and that she presently owes the victim a total of $16,815.00.

3. The United States Probation Office has determined that in consideration of the defendant agreeing to fulfill her restitutionary obligation under the above-described sentence, consideration will be given to allowing the defendant's period of probation to expire as originally set by the Court. The defendant has been advised that her failure to pay the above restitution obligation could form a basis for the revocation of probation and resentencing by the District Court.

1

4. Based on the above, and in consideration of forbearance on immediate execution upon assets owned by the defendant, the defendant hereby agrees to make total monthly restitution payments of $200.00, to Mellon Bank, 3 Mellon Bank Center, Room 3300, Pittsburgh, PA 15259, in the amount of $16,815.00, through the Clerk, U.S. District Court, P.O. Box 983, Harrisburg, Pennsylvania 17108, said payments to be made on a monthly basis between the first and fifteenth day of each month. Additionally, the defendant agrees, should her personal finances improve, to increase the monthly payments accordingly. Further, the defendant agrees that if she moves from her residence at 107 North East Street, Carlisle, PA 17013, that she will notify the Clerk of Court.

5. The defendant further agrees and confesses judgment for the total unpaid restitution due the above-named victim, and authorizes the named victim and their attorney, to enter judgment against her for said amount in any appropriate court for the full amount. It is the defendant's intention that she be bound by this confession of judgment and that judgment be entered pursuant to Rule 2951(a) of the PA Rules of Civil Procedure.

_Susan Khurty_
Defendant

_[signature]_
Witness

Sworn to and subscribed before me this _15_ day of _March_, 2005.

_[signature]_
Deputy Clerk